THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-01741-RPM

LYNNELL LAMBIASE,

      Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

      Defendant.
_____

ORDER SETTING SCHEDULING CONFERENCE
_____

Pursuant to D.C.COLO.LCivR 16, it is

ORDERED that  a scheduling conference will be held on **August 22, 2013, at 11:00 a.m.**
in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout
Street, Denver, Colorado.  Counsel are directed to comply with the Instructions for Preparation of
Scheduling Order which may be found at **http://www.cod.uscourts.gov/judges/judges.aspx**
(Senior Judge Richard P. Matsch Procedures) and use the format provided with those instructions
(Rev. 11/11).  The proposed order (original only) on paper, shall be submitted directly to chambers
by **4:00 p.m. on August 15, 2013.**  The conference is conducted with lead counsel present in
person.  No parties or representatives of parties will be permitted to attend.

Initial disclosures under Rule 26(a)(1) will be completed no later than 10 calendar days
before the scheduling conference.

Dated: July 10th, 2013

                    BY THE COURT:

                    s/Richard P. Matsch

                    _____

                    Richard P. Matsch, Senior District Judge