IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01741-RPM

LYNNELL LAMBIASE,

    Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

    Defendant.

_____

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR FED.R.CIV.P. 35 EXAMINATION**
_____

    Upon review Defendant's unopposed Motion for Fed.R.Civ.P. 35 Examination [13], it is

    ORDERED that the motion is granted.  Plaintiff, Lynell Lambiase, is ordered to attend a

Fed.R.Civ.P. 35 examination with George Schakaraschwili, M.D., on July19, 2014, at 3:00 p.m. at

Village Physical Therapy, 545 E. Pikes Peak Ave., Suite 320, Colorado Springs, 80903.

    DATED this 12th day of June, 2014.

                              BY THE COURT:

                              s/Richard P. Matsch

                              _____

                              Richard P. Matsch, Senior District  Judge