THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-01741-RPM

LYNNELL LAMBIASE,

      Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

      Defendant.

_____

ORDER SETTING TRIAL DATE AND PRETRIAL CONFERENCE
_____

Pursuant to the Calendar Call today, it is

ORDERED that this matter is set for trial to jury on **February 9, 2015, at 8:30 a.m.,**

in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout

Street, Denver, Colorado. Trial procedures may be found at

http://www.cod.uscourts.gov/CourtOperations/RulesProcedures/JudicialPracticeStandards/SeniorArticleIII

Judges/HonRichardPMatsch.aspx . It is

FURTHER ORDERED that a pretrial conference is scheduled for **January 23, 2015,**

**at 2:00 p.m.** in the Conference Room, Second Floor, the Byron White United States

Courthouse, 1823 Stout Street, Denver, Colorado.  Counsel are directed to comply with the

Instructions for Preparation and Submission of Final Pretrial Order which may be found at

http://www.cod.uscourts.gov/CourtOperations/RulesProcedures/JudicialPracticeStandards/SeniorArticleIII

Judges/HonRichardPMatsch.aspx . The proposed Final Pretrial Order, original only, shall be

delivered in paper form directly to chambers by **4:00 p.m.** on **January 15, 2015.**  The

conference is conducted with <u>lead</u> <u>counsel</u> <u>present</u> <u>in</u> <u>person</u>.  No parties or representatives

of parties will be permitted to attend.

  Dated: September 26th, 2014

        BY THE COURT:

        s/Richard P. Matsch

        _____

        Richard P. Matsch, Senior District Judge