THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-01741-RPM

LYNNELL LAMBIASE,

    Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

    Defendant.

_____

ORDER FOR STATUS CONFERENCE
_____

On December 19, 2014, this Court granted the motion to withdraw filed by plaintiff's counsel. Plaintiff has no attorney representing her at this time and a status conference should be set to determine how Lynnell Lambiase wishes to proceed in this case. Accordingly, it is

ORDERED that the status conference will be held on **February 20, 2015, at 2:00 p.m.** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. If Ms. Lambiase does not appear at this conference, this civil action will be dismissed without prejudice.

Dated:   February 6th, 2015

                                      BY THE COURT:

                                      s/Richard P. Matsch
                                      _____
                                      Richard P. Matsch, Senior District Judge