THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-01741-RPM

LYNNELL LAMBIASE,

    Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

    Defendant.

_____

ORDER VACATING STATUS CONFERENCE
_____

    Mr. David M. Roth having entered his appearance as counsel for the plaintiff, it is

ORDERED that the February 20, 2015, status conference is vacated.

    Dated:   February 17th, 2015

                                                BY THE COURT:

                                                s/Richard P. Matsch
                                                _____
                                                Richard P. Matsch, Senior District Judge