**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:                         March 30, 2015
Courtroom Deputy:   Robert R. Keech
FTR Technician:        Kathy Terasaki

---

Civil Action No. **13-cv-01741-RPM**           Counsel:

**LYNNELL LAMBIASE**,                                David M. Roth
                                                                    Brian A. Murphy
     Plaintiff,

v.

**AMERICAN FAMILY MUTUAL**              Scott C. James
**INSURANCE COMPANY**,

     Defendant.

---

**COURTROOM MINUTES**

---

**PRETRIAL CONFERENCE**

**1:51 p.m.**   **Court in session.**

Court calls case.

Discussion regarding the fact that plaintiff has been involved in seven motor vehicle accidents and expert witnesses.

Plaintiff's Motion to Re-open Discovery to Conduct the Deposition of Defendant's Expert George Schakaraschwili [ECF Doc. No. 32], filed March 26, 2015, is raised for argument.

1:58 p.m.     Argument by defendant by Mr. James.

2:02 p.m.     Argument by plaintiff by Mr. Roth.

2:05 p.m.     Argument by defendant by Mr. James.

**ORDERED:**  Plaintiff's Motion to Re-open Discovery to Conduct the Deposition of Defendant's Expert George Schakaraschwili [ECF Doc. No. 32], filed March 26, 2015, is **GRANTED.**

2:07 p.m.   Discussion regarding witnesses to be called to testify at trial and whether plaintiff's prior counsel will be called to testify.

**ORDERED:**  A five-day jury trial is set to commence on **Monday, August 3, 2015, at 8:30 a.m., in Courtroom A, 1823 Stout Street.**

**ORDERED:**  Trial preparation conference is set for **Friday, July 10, 2015, at 2:00 p.m.**

**ORDERED:**  Copies of listed exhibits must be provided to opposing counsel no later than **Tuesday, June 30, 2015.**

Final Pretrial Order is signed.

**2:20 p.m.    Court in recess.**

**Hearing concluded.  Total time:  29 minutes.**