THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-01741-RPM

LYNNELL LAMBIASE,

      Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

      Defendant.
_____

ORDER SETTING TRIAL DATE AND TRIAL PREPARATION CONFERENCE
_____

      Pursuant to the pretrial conference, it is

      ORDERED that this matter is set for trial to jury on **August 3, 2015, at 8:30 a.m.,** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Trial procedures may be found at

http://www.cod.uscourts.gov/CourtOperations/RulesProcedures/JudicialPracticeStandards/SeniorArticleIIIJudges/HonRichardPMatsch.aspx . It is

      FURTHER ORDERED that a trial preparation conference is set for **July 10, 2015, at 2:00 p.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.

      Dated: March 31st, 2015

                            BY THE COURT:

                            s/Richard P. Matsch

                        _____
                        Richard P. Matsch, Senior District Judge