IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-CV-01741-RPM

LYNNELL LAMBIASE,

     Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

     Defendant.

---

## ORDER RE: STIPULATION FOR DISMISSAL WITH PREJUDICE

---

THIS MATTER, coming before the Court upon the Stipulation for Dismissal with Prejudice executed by Plaintiff and by Defendant, and the Court having reviewed the Stipulation and being fully advised;

IT IS HEREBY ORDERED that all claims which were brought and all claims arising out of the captioned matter which could have been brought by Plaintiff against Defendant are hereby dismissed WITH PREJUDICE, each party to pay his or its own costs.

DATED:  June 18th, 2015

BY THE COURT:

s/Richard P. Matsch

_____

Richard P. Matsch, Senior Judge